**Order entered May 15, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01638-CV

### IN THE INTEREST OF H.M., A CHILD

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-54170-2009

## ORDER

We **GRANT** appellee's May 14, 2013 second motion for an extension of time to file a brief. Appellee shall file her brief on or before Monday, June 24, 2013. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE